**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAREN S. BAKER & | : | Case No. 3:19-cv-00301 |
| LAURIE BAKER ST. LAURENT | : | |
|    Plaintiffs | : | |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE | : | |
| COLT BEQUEST | : | |
| | : | |
|    Defendant | : | APRIL 29, 2019 |

**UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY**

Kim S. Orthner, administrator of the estate of the Plaintiff Sharen S. Baker, hereby files this Motion to Substitute Party, on the following grounds:

1. Sharen S. Baker, Plaintiff herein, died on March 28, 2019. Kim S. Orthner received her letters testamentary as Administrator of the Estate of Sharen S. Baker on April 15, 2019.

2. Under Fed. R. Civ. Pro. 25, Kim S. Orthner, as Administrator of the Estate of Sharen S. Baker, should be substituted as the proper party for the Decedent.

3. The Undersigned has conferred with Defendant's counsel and there is no opposition to this Motion.

Wherefore, Kim S. Orthner requests the Court substitute Kim S. Orthner as Administrator of the Estate of Sharen S. Baker as a Plaintiff in this matter.

Respectfully Submitted,

_____/s/_____
Pamela Heller (ct29053)
The Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT 06106

(860)560-8197/(860)247-4236 (F)
pheller@ctfairhousing.org

Attorneys for Plaintiffs and Kim S. Orthner